# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KHARA INC. and GROUND WORKS CO., LTD., | |
| Plaintiffs, | Case No. 22-cv-00591 |
| v. | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiffs KHARA INC. and GROUND WORKS CO., LTD. (collectively, "Plaintiffs" or "GWC") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and GWC having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; GWC having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the

action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, GWC has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of GWC's federally registered trademarks (the "NEON GENESIS EVANGELION Trademarks") to residents of Illinois. In this case, GWC has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the NEON GENESIS EVANGELION Trademarks, which are protected by U.S. Trademark Registration Nos. 2,923,657 and 6,193,482. *See* [12], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the NEON GENESIS EVANGELION Trademarks. This Court

further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that GWC's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the NEON GENESIS EVANGELION Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GWC product or not authorized by GWC to be sold in connection with the NEON GENESIS EVANGELION Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GWC product or any other product produced by GWC, that is not GWC's or not produced under the authorization, control, or supervision of GWC and approved by GWC for sale under the NEON GENESIS EVANGELION Trademarks;

3

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of GWC, or are sponsored by, approved by, or otherwise connected with GWC; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GWC, nor authorized by GWC to be sold or offered for sale, and which bear any of GWC's trademarks, including the NEON GENESIS EVANGELION Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within five (5) business days of receipt of this Order cease:

  a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the NEON GENESIS EVANGELION Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the NEON GENESIS EVANGELION Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine GWC product or not authorized by GWC to be sold in connection with the NEON GENESIS EVANGELION Trademarks.

3. Upon GWC's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within five (5) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NEON GENESIS EVANGELION Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), GWC is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred and fifty thousand dollars ($250,000) for willful use of counterfeit NEON GENESIS EVANGELION Trademarks on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of

any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to GWC as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to GWC the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until GWC has recovered full payment of monies owed to it by any Defaulting Defendant, GWC shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that GWC identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, GWC may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Yasuhiro Kamimura and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by GWC is hereby released to GWC or its counsel, Keith Vogt, Ltd., 33 West Jackson Boulevard, #2W Chicago, Illinois 60604. The Clerk of the Court is directed to return the

surety bond previously deposited with the Clerk of the Court to GWC or its counsel.

This is a Default Judgment.

Dated: March 21, 2022

Entered:

John Robert Blakey
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | xianyouxianlonghuazhufuzhenfuzhuangshanghang |
| 2 | xianyouxianlonghuazhusuyingxiemaoshanghang |
| 3 | xianyouxianrutuomaoyiyouxiangongsi |
| 4 | xianyouxianzhongshanhuangchaoguangtuliaodian |
| 5 | xianyouxiejuanmaoyiyouxiangongsi |
| 6 | xianyouxiyuanxiangzhangyingyingbaihuojingyingbu |
| 7 | xianyouxunshoumaoyiyouxiangongsi |
| 8 | xianzaizhidaoletaishicijiushichulailianjiande |
| 9 | Xiao Bu Ding Art |
| 10 | XIAOFUS |
| 11 | Xiaohao Department Store, Azhuang Town, Yintai District, Tongchuan City |
| 12 | Xiaohu Oil Painting Shop |
| 13 | Xiaomanyouhuadian |
| 14 | xiaonaizui us |
| 15 | XIAOSHENGSHANGMAO |
| 16 | xiaoxianshengriyongpindian |
| 17 | XiaoXin-Store |
| 18 | |
| 19 | XiaoZhongShanNianYiBianYouYiBian |
| 20 | xiapuxianniangkuriyongpinjingying |
| 21 | xiapuxianpingerfuzhuangjingying |
| 22 | xidejiaoshangmaoyouxiangongsi |
| 23 | Xie Bixian |
| 24 | xiejinyanshop |
| 25 | XieManYiShiPinJiaGongDian |
| 26 | xieqingying |
| 27 | xiexiushan |
| 28 | xieyongfengshangmaoyouxiangongsi |
| 29 | xiezhankun |
| 30 | xiezhenguang |
| 31 | xiezhenzhenbaihuodian |
| 32 | ximeishangmaoyouxiagongsi |
| 33 | XinBaoShangHaiShunJieFuWuYouXianGongSi |
| 34 | XinDivine |
| 35 | xinduquqiaofeisishangmaobu |
| 36 | xinduquyouhujuriyongpin |
| 37 | xinfuqu |
| 38 | xingchengshihongdechengriyongbaihuoshangdian |
| 39 | xingchengshiliunennenbaihuorizajingyingbu |
| 40 | xingchengshiwangerrongbaihuorizajingyingbu |
| 41 | xingchengshizhangbinbinbaihuorizajingyingbu |
| 42 | xingtaidajueshangmaoyouxiangongsi |
| 43 | XingTangDongNiShangMaoZhongXin-Li ChaoBao |
| 44 | XINHEJULN |
| 45 | xinliangdianus |

| | |
|---|---|
| 46 | XinLuoQuDiKeYuBaiHuoDian |
| 47 | Xinping Dekang Agriculture and Animal Husbandry Co., Ltd. |
| 48 | XINSHAOZ |
| 49 | Xinshijie |
| 50 | xinxinran shop |
| 51 | XIYANGYANGBAIHUO |
| 52 | xiyunyandianzishangwuzhongxin |
| 53 | XMQIN |
| 54 | XQXTA |
| 55 | XSQLSMJZ |
| 56 | xsyingjiaju |
| 57 | Xuchang Dequ Trading Company |
| 58 | xuchangminzhongshangmaoyouxiangongsi |
| 59 | XueDaoNer |
| 60 | XuJinJian9968 |
| 61 | xuxulingbaihuodian |
| 62 | xuyunzhou |
| 63 | xuzhiyongdiyici |
| 64 | xuzhiyongyouyoudian |
| 65 | xwbd |
| 66 | XWENBI |
| 67 | Xxbh Store |
| 68 | ██████ |
| 69 | xyy |
| 70 | Y.M.Z.S |
| 71 | yabuzhu |
| 72 | YaDENG-ARTSHOP |
| 73 | Yali-Store |
| 74 | YanDing |
| 75 | YANFAG |
| 76 | yangjinhuashop |
| 77 | YangMeiLinShop |
| 78 | YangQingZhenShiDaiTongXinDian |
| 79 | yangweifanbaihuo |
| 80 | yangzhanyong |
| 81 | YanJiaHui-TongChuanShiYaoZhouQuJiaHuiBaiHuoDian |
| 82 | yanliyan |
| 83 | yanniyichu |
| 84 | yanqindiyidianpu |
| 85 | yanrong00 |
| 86 | Yansang |
| 87 | yantianxiaodian |
| 88 | ██████ |
| 89 | YaoStar |
| 90 | yaoxinshoujidian |
| 91 | Yaoyulun |
| 92 | Yasia |
| 93 | ██████ |
| 94 | ycdmy |

9

| | |
|---|---|
| 95 | Ye Pengfei |
| 96 | YeBanGuiShi |
| 97 | yehandianshangzi |
| 98 | yewanmaoyi |
| 99 | yeziziluo |
| 100 | YHHUI |
| 101 | yi ming cheng pin (bei jing )mao yi gong si |
| 102 | yibenfozhu |
| 103 | yichan |
| 104 | yihangkeji |
| 105 | Yihe Clothing Co., Ltd |
| 106 | yijiarenshipin |
| 107 | yilinart |
| 108 | YiMaoMaoYiYouXianGongSi |
| 109 | yingnanbaihuodiana |
| 110 | Yingpin department store in Yingcheng, Jiutai |
| 111 | Yironglebaihuo |
| 112 | yisanfangchanjingjifuwuyouxiangongsi |
| 113 | YITENGSHNAGHANG |
| 114 | yitongmanzuzizhixianyitongzhenbeizhouwujindian |
| 115 | yitongmanzuzizhixianyitongzhentieguwujindian |
| 116 | YiWuLiHuanShou |
| 117 | Yiyu Decoration Store |
| 118 | yjx1398 |
| 119 | Ykaolenbonmi |
| 120 | YoHoHoOnlineMercantile |
| 121 | yongbfuzhuang |
| 122 | yongdingou chaoxianjibaihuodian |
| 123 | yongdingquyumian hubaihuodian |
| 124 | YongShou Poster |
| 125 | Yongzanyue Department Store, Jishui County |
| 126 | yongzhoushilengshuitanquxuyibaihuojingyingbu |
| 127 | Yoshiko A Sutherland |
| 128 | YouDingYou Network Technology Co., Ltd. |
| 129 | YouJingTingShop |
| 130 | youliancheng |
| 131 | Your Only Favorite |
| 132 | yourundianzi |
| 133 | youshangbaodan |
| 134 | youxixiantianyujiubaihuodian |
| 135 | youyisheji |
| 136 | YSTWHCBCL |
| 137 | ysykj |
| 138 | ytfuzhuangchang |
| 139 | ythj76tikjmuyhj |
| 140 | yuanjinbaihuodian |
| 141 | Yuanping City Runmei Department Store |
| 142 | yuanyangjiankangkeji(nanjing)youxiangongsi |
| 143 | yuanyuanxiaoshangdian |

10

| 144 | yuchaocaiwang |
|---|---|
| 145 | YueDianXiaMenWenHuaChuanMeiYouXianGongSi |
| 146 | yuemeieshop |
| 147 | Yueyang County Jieya Department Store |
| 148 | YuFeng_Art_Inn |
| 149 | yuhanwenhuaguang |
| 150 | yuhuanfuzhuang |
| 151 | yuhuaqukekebaihuobu |
| 152 | YuLongShangHang |
| 153 | yun shi xin xi ke ji |
| 154 | yuqianjinUS |
| 155 | yuqingbaodan |
| 156 | YUQIUY |
| 157 | yushangge |
| 158 | yuyumeili |
| 159 | yuyuyueer |
| 160 | YWCHAN |
| 161 | YWT-US |
| 162 | YX-Custom |
| 163 | YXH7800 |
| 164 | yzhxiefu |
| 165 | ZANGYAO GROUP TECHNOLOGY LIMITED23 |
| 166 | ZBCINCE |
| 167 | ZDLKCD |
| 168 | ZDQWNCYD |
| 169 | zdvsvasaf |
| 170 | Zebra Arts |
| 171 | ZEGAILIANG |
| 172 | zengyilin |
| 173 | Zhakasdnju |
| 174 | zhanfangfangzhipinshanghang |
| 175 | ZHANG XINHAO |
| 176 | zhangdonlin |
| 177 | zhangfeilongdedian |
| 178 | zhangjianshengxiemaoshanghang |
| 179 | zhangjinjie1110 |
| 180 | zhanglanchenqiubaihuodian |
| 181 | zhangleiya |
| 182 | zhangluyufuzhuang |
| 183 | zhangminqiangxiemaoshanghang |
| 184 | zhangpeishishop |
| 185 | zhangtaoshop |
| 186 | zhangxuband |
| 187 | zhanyon |
| 188 | ZHASHU |
| 189 | zhenanxiansenlinnvwubaihuodian |
| 190 | Zhenchao Trade |
| 191 | zheng zhou she ku shang mao you xian gong si |
| 192 | zhengaipingshangmao |

| | |
|---|---|
| 193 | zhengchengyimaoyigongsi |
| 194 | zhengdingxianbannongriyongpinxiaoshoudian |
| 195 | zhengdingxianyahafuzhuangdian |
| 196 | zhenghuirongshop |
| 197 | zhengjinxiongdiyigedian |
| 198 | zhenglinglingdediyigedian |
| 199 | zhenglizhongdiyigedian |
| 200 | zhengmingxiashangdian |
| 201 | zhengweifengshop |
| 202 | zhengweigudian |
| 203 | ZhengXinZhiShop |
| 204 | zhengxiuyanzonghelingshouchaoshi |
| 205 | zhengyifandiyigedian |
| 206 | zhengzhixiongdianpu |
| 207 | Zhengzhou Yuchuang Biotechnology Co., Ltd. |
| 208 | zhengzhouduluocanyinshebeiyouxiangongsi |
| 209 | zhengzhouharongmaoyiyouxiangongsi |
| 210 | zhengzxshanghang |
| 211 | zhenhanshipin |
| 212 | zhewuyeguanliyouxi |
| 213 | Zhi Zhi Art Shop |
| 214 | ZHICHAOSHANGMAO |
| 215 | zhidaz |
| 216 | zhidongbaihuo |
| 217 | Zhigongcheng |
| 218 | ZHIGUOWUDITIANXIA |
| 219 | ZHILIN Posters Store |
| 220 | zhiqnongcp |
| 221 | zhishengzhinengkejiyouxian |
| 222 | zhixin_1986 |
| 223 | zhiyuedingshengqiaolianggongcheng |
| 224 | ZHMX Posters Store |
| 225 | zhong anqing's |
| 226 | zhongqingmingyanlingongchengyouxiangongsi |
| 227 | ZhongQingYuQingFuZhuangYouXianGongSi |
| 228 | zhongshanshishunchengdianziyouxiangongsi |
| 229 | zhongshanshizhangjunzixunfuwuyouxiangongsi |
| 230 | ZHOU BINGLAN |
| 231 | Zhoukou Xunlei Network Technology Co., Ltd. |
| 232 | zhoukoushichuanhuiqufeilanshangmaoCO.,LTD |
| 233 | zhoukouyanqimaoyiyouxianzerengongsi |
| 234 | ZhouKunArt |
| 235 | zhouyongxiandeyigedian |
| 236 | Zhouzhou Poster |
| 237 | Zhouzhoudian |
| 238 | zhuanyin |
| 239 | zhujiangwudianp |
| 240 | Zhuoan Trading Company |
| 241 | zhuotingUS |

Case: 1:22-cv-00591 Document #: 34 Filed: 03/21/22 Page 13 of 13 PageID #:2372

13

| 242 | zhuoxiaofangdiyigedian |
|-----|------------------------|
| 243 | ZhuoZhuoHeHuaRui |
| 244 | zhupengleidianzishangwu |
| 245 | ZjsART |
| 246 | ZQMJK |
| 247 | ZXHopeStore |
| 248 | ZXNPDY |
| 249 | ZY MMN |
| 250 | ZZNNMMX |